AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| JACK FLORA, ERIC MATSON, NATHAN STONER, COURTNEY OWENS, and D.J., A MINOR CHILD, <br><br>*Plaintiff(s)*<br><br>v.<br><br>PRISMA LABS, INC.,<br><br>*Defendant(s)* | Civil Action No. 5:23-cv-00680-VKD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Prisma Labs, Inc.
c/o VCorp Services CA, Inc.
25 Robert Pitt Drive Ste 204
New York, NY 10952

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas M. Hanson
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor, Chicago, Illinois 60607
(312) 243-5900 (phone)
(312) 243-5902 (fax)
hanson@loevy.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B. Busby*

Date: 02/16/2023

Thelma Nudo
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

**Plaintiff / Petitioner:**
JAKC FLORA, ERIC MATSON, NATHAN STONER, COURTNEY OWENS, and D.J. MINOR CHILD
**Defendant / Respondent:**
PRISMA LABS, INC.

**AFFIDAVIT OF SERVICE**
Index No:
23-CV-00680

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age. That on Thu, Mar 09 2023 AT 03:35 PM AT 25 Robert Pitt Dr Ste 204, Monsey, NY 10952 deponent served the within SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; EXHIBITS; CIVIL COVER SHEET; on Prisma Labs, Inc. c/o VCorp Services CA, Inc.

☐ **Personal service delivery:** By delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporate service delivery:** By serving the above on Prisma Labs, Inc. c/o VCorp Services CA, Inc. a domestic corporation, by delivering a true copy thereof to Glenna Handler a person authorized to accept service.

☐ **Partnership service delivery:** By serving the above on _____ by delivering a true copy thereof to _____ a person authorized to accept service.

☐ **Substituted service delivery:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode.

☐ **Conspicuous service delivery:** by affixing a true copy of each to the door thereof, the deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat.

☐ **Mailing:** On deponent enclosed a copy of same in a postage-paid sealed wrapped properly addressed to at _____, First Class Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise. that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

☐ **Military Service:** Deponent further states upon information and belief that said person so served is not in the Military Service of State of New York or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Mar 9, 2023, 3:35 pm EST at 25 Robert Pitt Dr Ste 204, Monsey, NY 10952 received by Glenna Handler. The recipient confirmed they are authorized to accept

**Description:**
Age: 20    Skin Color: Caucasian    Gender: Female    Weight: 150
Height: 5'4"    Hair: Brown    Relationship:
Other

Sworn to before me on 3/13/23

Roger Padilla    3/13/23

Notary Public

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026