# EXHIBIT D





# Welcome to Lensa

Edit photos, make videos, create art in an AI-based all-in-one editor app

Next

By tapping Next, you are agreeing to Lensa
**Terms of Use** & **Privacy Policy**