Brenda R. Sharton (admitted *Pro Hac Vice*)
DECHERT LLP
One International Place, 40th Floor
100 Oliver Street
Boston, MA  02110-2605
Telephone:  (617) 728-7100
Facsimile:  (617) 275-8374
brenda.sharton@dechert.com

Benjamin M. Sadun (Bar No. 287533)
DECHERT LLP
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA  90071-2032
Telephone:  (213) 808-5700
Facsimile:  (213) 808-5760
benjamin.sadun@dechert.com

Theodore E. Yale (*Pro Hac Vice* forthcoming)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Telephone:  (215) 994-4000
Facsimile:  (215) 655-2455
theoore.yale@dechert.com

*Attorneys for Defendant Prisma Labs, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JACK FLORA, ERIC MATSON, NATHAN STONER, COURTNEY OWENS, and D.J., A MINOR CHILD, individually and on behalf of similarly situated individuals,<br><br>                              Plaintiffs,<br><br>     v.<br><br>PRISMA LABS, INC.,<br><br>                              Defendant. | Case No.: 3:23-cv-00680-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PRISMA LABS, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>COMPLAINT FILED: February 15, 2023<br><br>Date:     July 28, 2023<br>Time:    10:00 A.M.<br>Dept.:    Courtroom 6 – 17th Floor<br>Judge:   Honorable Charles R. Breyer |

1  This matter is before the Court on Defendant Prisma Labs, Inc.'s Motion to Compel Arbitration. Having considered the Motion, all papers in support and in opposition thereto, and the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiffs are required to arbitrate their claims against Gemini on an individual basis pursuant to the terms of the Parties' arbitration agreement. This case is STAYED pending the resolution of any arbitration.

IT IS SO ORDERED

Dated: _____

_____
Honorable Charles R. Breyer
U.S. District Judge