IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK FLORA, et al., | Case No. 23-cv-00680-CRB |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| PRISMA LABS, INC., | |
| Defendant. | |

On August 8, 2023, the Court granted Defendant's motion to compel arbitration. Dkt. 30. Almost three years later, Defendant represents that Plaintiffs have failed to act in the case—failing to initiate arbitration or even contacting defense counsel. Dkt. 33 at 2. Defendant subsequently filed a motion to dismiss for lack of prosecution. Dkt. 32. Defendant tells the Court that Plaintiffs have not contacted it since June 23, 2023, failing to respond to the Court's ordered status report as well. Dkt. 33. As of the date of this order, Plaintiffs have not filed a response to Defendant's motion, either.

Plaintiffs are ordered to show cause for why this case should not be dismissed for failure to prosecute or file an opposition to Defendant's motion. The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); see Link v. Wabash R.R. Co., 370 U.S. 626, 629–30 (1962) (dismissal for failure to prosecute); Yourish v. Cal. Amplifier, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). Failure to respond to this Order to Show Cause and failure to file an opposition by the deadline identified below will be found to be a failure to comply with this Court's orders and a failure to prosecute.

Accordingly, the Court **ORDERS** that, by no later than **May 8, 2026**, Plaintiffs **SHALL EITHER** (1) file an opposition to Defendant's motion to dismiss, **OR** (2) file a written response to this Order to Show Cause explaining why this action should not be dismissed for failure to prosecute this case or for failure to comply with this Court's directives and orders.  To be clear, if Plaintiffs file (by May 8, 2026) an opposition to Defendants' motion to dismiss, such a filing will be deemed to be a response to this Order to Show Cause and no other written response would be necessary.  Failure to do so will result in dismissal.  The Court also vacates the hearing set for May 8 on Defendant's motion.

    **IT IS SO ORDERED.**

    Dated: April 24, 2026

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California