# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JACK FLORA, ERIC MATSON, NATHAN STONER, COURTNEY OWENS, and D.J., A MINOR CHILD, individually and on behalf of similarly situated individuals,<br><br>                                      Plaintiffs,<br><br>     v.<br><br>PRISMA LABS, INC.,<br><br>                                      Defendant. | Case No.: 3:23-cv-00680-CRB<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT PRISMA LABS, INC.'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE THE ACTION**<br><br>COMPLAINT FILED: February 15, 2023<br><br>Date:        May 1, 2026<br>Time:       10:00 A.M.<br>Dept.:       Courtroom 6 – 17th Floor<br>Judge:      Honorable Charles R. Breyer |

[~~PROPOSED~~] ORDER GRANTING DEFENDANT PRISMA LABS, INC.'S
MOTION TO DISMISS FOR FAILURE TO PROSECUTE                                    23-cv-00680-CRB

-1-

This matter is before the Court on Defendant Prisma Labs, Inc.'s Motion to Dismiss for Failure to Prosecute the Action. Having considered the Motion, all papers in support and in opposition thereto, and the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED. This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED

Dated:  May 11, 2026

_____
Honorable Charles R. Breyer
U.S. District Judge